Thomas P. Hanrahan (SBN 110609)
thanrahan@sidley.com
**SIDLEY AUSTIN BROWN & WOOD LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys For Defendant
Pfizer, Inc.

[other counsel on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. C 05-3710 MHP<br><br>MDL 1699 |
| NANCY MILANO, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PFIZER, INC.,<br><br>Defendant. | Assigned to: Hon. Charles Breyer<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR FILING RESPONSIVE PLEADING TO COMPLAINT OR ANY FURTHER PROCEEDING**<br><br>Date: No hearing required<br>Time: No hearing required<br>Place: No hearing required |

Plaintiff Nancy Milano and Defendant Pfizer, Inc. stipulate as follows:

1. On or about September 6, 2005, the JPML centralized several related actions as In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation, MDL No. 1699;

2. On or about October 6, 2005, the Honorable Charles Breyer found that Milano v. Pfizer, Inc. was related to In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation, and that Milano v. Pfizer, Inc. should be reassigned to him;

3. MDL No. 1699 is now pending before this Court;

---
STIPULATION AND [PROPOSED]
ORDER TO CONTINUE TIME FOR FILING RESPONSIVE PLEADING
TO COMPLAINT OR ANY FURTHER PROCEEDING

LA1 708289v.1

4. This Court has not yet held an initial status conference for MDL No. 1699; and

5. The parties agree that it would be more efficient for all involved to stay any further proceedings until after the Court has held the initial status conference for MDL No. 1699 and set a briefing schedule for Defendant's response.

THEREFORE, the parties STIPULATE and agree that Defendant's responsive pleading to Plaintiff's Complaint should not be due, and that any further proceedings in the above captioned cases should be stayed, until after the Court has held the initial status conference for MDL No. 1699 and set a briefing schedule for Defendant's response.

Dated: October 11, 2005

SIDLEY AUSTIN BROWN & WOOD LLP

By: _____
Thomas P. Hanrahan
Attorneys For Defendant
Pfizer, Inc.

Dated: October 13, 2005

COTCHETT, PITRE, SIMON & McCARTHY

By: _____
Frank M. Pitre
Attorneys For Plaintiff Nancy Milano

**IT IS SO ORDERED.**

Dated: October 24, 2005

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE TIME FOR FILING RESPONSIVE PLEADING
TO COMPLAINT OR ANY FURTHER PROCEEDING

LA1 708289v.1